UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT MILTON SALEWSKY, )
 )
    *Plaintiff,* )
v. ) Case No. 2:11-cv-281
 ) Hon. R. Allan Edgar
DANIEL BARTELL #1748, )
Michigan State Trooper )
    *Defendant.* )

## **VERDICT FORM**

WE, THE JURY, MAKE THE FOLLOWING FINDINGS:

    1.    Has Plaintiff Salewsky proved by a preponderance of the evidence, that Defendant Trooper Bartell is liable under Title 42, United States Code, Section 1983 by violating plaintiff's Fourth Amendment rights?

    ✓
    _____    _____
    *Yes*    *No*

*[If you answered "No" to Question 1, then your deliberations are completed and you should not answer Questions 2-3. If, and only if, you answered "Yes" to Question 1, proceed to answer Question 2.]*

    2.    We, the jury, find that Plaintiff Salewsky is entitled to recover from Defendant Trooper Bartell compensatory damages for physical pain and suffering in the following amount:

    $ 90,000.00    Ninety thousand

*[If you answered Question 2 and found that Plaintiff Salewsky was not entitled to receive any amount of compensatory damages, then you should answer Question 3.]*

    3.    We, the jury, find that Plaintiff Salewsky is entitled to recover from Defendant Trooper Bartell nominal damages in the amount of $_____.

_____
    *Foreperson*

    May 21, 2013
    *Date*

16