UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT MILTON SALEWSKY,

    *Plaintiff*,

v.                                            Case No. 2:11-cv-281
                                                *Hon. R. Allan Edgar*

DANIEL BARTELL,
Michigan State Trooper

    *Defendant*.
_____/

## **JUDGMENT**

This action came before this Court for a trial by jury on 5/20/2013 and 5/21/2013.

The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment be rendered in favor of Plaintiff in the amount of $90,000.00 plus costs.


Dated: 5/21/2013                                                         */s/ R. Allan Edgar*
                                                                     R. Allan Edgar
                                                                     United States District Judge