AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

Robert Milton Salewsky )
)
v. ) Case No.: 2:11-cv-00281
Trooper Daniel Bartell )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on  5/21/2013  against  Daniel Bartell ,
                                                                 *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ 350.00 |
| Fees for service of summons and subpoena ................................................ | 51.42 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,256.75 |
| Fees and disbursements for printing ....................................................... | |
| Fees for witnesses *(itemize on page two)* ................................................... | 1,114.06 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case............................................... | |
| Docket fees under 28 U.S.C. 1923 ........................................................ | |
| Costs as shown on Mandate of Court of Appeals ........................................... | |
| Compensation of court-appointed experts ................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* .............................................................. | |
| TOTAL | $ 2,772.23 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service    ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: Racine Miller
Name of Attorney: Racine Miller

For: Robert Salewsky                          Date: 5/29/2013
    *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*     *Deputy Clerk*     *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Audrey Kitzinger, Menominee, MI | 1 | 40.00 | | | 228 | 128.64 | $168.64 |
| Anthony Makowsky, Marinette, WI | 1 | 40.00 | | | 245 | 138.47 | $178.47 |
| Doug Short, Menominee, MI | 1 | 40.00 | | | 229 | 129.46 | $169.46 |
| Randy Nicoll, Menominee, MI | 1 | 40.00 | | | 241 | 136.03 | $176.03 |
| Marlene Seid, DePere, WI | 1 | 40.00 | | | 365 | 206.07 | $246.07 |
| Scotty Husbeck, Menominee, MI | 1 | 40.00 | | | 240 | 135.39 | $175.39 |
| | | | | | | TOTAL | $1,114.06 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Date | Description | Qty | Unit | Total |
|---|---|---|---|---|
| 7/27/2011 | Complaint | 1 | 350 | 350.00 |
| | **Fees of the Clerk** | | | **350.00** |
| 7/27/2011 | Certified Mail, Return Receipt Summons on Bartell, Olson | 2 | 8.39 | 16.78 |
| | Witness Trial Subpoena, Husbeck | 1 | 3.76 | 3.76 |
| | Witness Trial Subpoena, Kitzinger | 1 | 3.56 | 3.56 |
| | Witness Trial Subpoena, Lacombe | 1 | 3.96 | 3.96 |
| | Witness Trial Subpoena, Makowski | 1 | 3.96 | 3.96 |
| | Witness Trial Subpoena, Nerat | 1 | 3.76 | 3.76 |
| | Witness Trial Subpoena, Nicol | 1 | 3.96 | 3.96 |
| | Witness Trial Subpoena, Paris | 1 | 3.96 | 3.96 |
| | Witness Trial Subpoena, Seid | 1 | 3.96 | 3.96 |
| | Witness Trial Subpoena, Short | 1 | 3.76 | 3.76 |
| | **Fees for service of summons and subpoena** | | | **51.42** |
| 6/19/2012 | Dep transcripts; Bartell, Olson, Foster | 1 | 442.25 | 442.25 |
| 6/18/2012 | Dep transcripts; Seid, Nicoll, Lacombe, Salewsky | 1 | 814.5 | 814.50 |
| | Used at trial and in Dkt 26, Response to Motion for Summary Judgment | | | |
| | **Fees for transcripts obtained for use in the case** | | | **1256.75** |
| 5/20/2013 | Witness Fee Audrey Kitzinger | 1 | 168.64 | 168.64 |
| 5/20/2013 | Witness Fee Anthony Makowski | 1 | 178.47 | 178.47 |
| 5/20/2013 | Witness Fee Doug Short | 1 | 169.46 | 169.46 |
| 5/20/2013 | Witness Fee Randy Nicoll | 1 | 176.63 | 176.03 |
| 5/20/2013 | Witness Fee Marlene Seid | 1 | 246.07 | 246.07 |
| 5/20/2013 | Witness Fee Scotty Husbeck | 1 | 175.39 | 175.39 |
| | | | | **1114.06** |

# HECKAMAN & NARDONE

HECKAMAN & NARDONE, INC.
Certified Shorthand Reporters
P.O. Box 27603
Lansing, MI 48909

(517)349-0847
theckaman@live.com

## Invoice

| Date | Invoice # |
|---|---|
| 07/15/2012 | 24052 |

| Terms | Due Date |
|---|---|
| Net 30 | 08/14/2012 |

**Bill To**
Racine Miller, J.D.
We Fight the Law, PC
17600 Northland Park Court, Ste 201
Southfield, MI 48075

**Reporter**
Mindy

**Activity**

- Original & One Copy of the Deposition Transcripts of: Troopers Bartell & Olson
- Copy of the Deposition Transcription of: Brooke Foster
  In the matter of Robert Salewsky v Olson, et al.
  Date taken: June 19, 2012

**Total** $442.25

THANK YOU

Federal ID: 01-0563008          **HECKAMAN & NARDONE, INC.**          (517)349-0847

# HECKAMAN & NARDONE

HECKAMAN & NARDONE, INC.
Certified Shorthand Reporters
P.O. Box 27603
Lansing, MI  48909

(517)349-0847
theckaman@live.com

## Invoice

| Date | Invoice # |
|---|---|
| 07/15/2012 | 24051 |

| Terms | Due Date |
|---|---|
| Net 30 | 08/14/2012 |

**Bill To**
Racine Miller, J.D.
We Fight the Law, PC
17600 Northland Park Court, Ste 201
Southfield, MI  48075

**Reporter:** Mindy

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| Copy of the Deposition Transcriptions of: Robert Salewsky, Marlene Seid, Randy Nicoll & Tom LaCombe
In the matter of Robert Salewsky v Olson, et al.
Date taken: June 18, 2012 | 342 | 2.25 | 769.50 |
|  | 4 | 0.25 | 1.00 |
|  | 1 | 20.00 | 20.00 |
|  | 6 | 4.00 | 24.00 |

PAST DUE

**Total** $814.50

THANK YOU

Federal ID: 01-0563008        HECKAMAN & NARDONE, INC.        (517)349-0847

**WE FIGHT THE LAW, PLLC P72612**
**OPERATING ACCOUNT**
17600 NORTHLAND PARK CT STE 210
SOUTHFIELD, MI 48075
PH: 248-443-9030
FAX: 248-443-9031

1199

DATE 5-20-13     74-347-724

PAY TO THE ORDER OF: Anthony Makowski          $ 178.47

One Hundred Seventy Eight 47/100 DOLLARS

**Huntington**

FOR: Trial                    NOT NEGOTIABLE

---

**WE FIGHT THE LAW, PLLC P72612**
**OPERATING ACCOUNT**
17600 NORTHLAND PARK CT STE 210
SOUTHFIELD, MI 48075
PH: 248-443-9030
FAX: 248-443-9031

1200

DATE 5-20-13     74-347-724

PAY TO THE ORDER OF: Doug Short          $ 169.46

One Hundred Sixty Nine 00/100 DOLLARS

**Huntington**

FOR: Trial                    NOT NEGOTIABLE

WE FIGHT THE LAW, PLLC P72812
OPERATING ACCOUNT
17600 NORTHLAND PARK CT STE 210
SOUTHFIELD, MI 48075
PH: 248-443-9030
FAX: 248-443-9031

1195

74-347-724

DATE 5-28-13

PAY TO THE ORDER OF Audrey Kitzinger

$ 168.89

One Hundred Sixty eight & 89/100 DOLLARS

Huntington

FOR

**Check 1202**
WE FIGHT THE LAW, PLLC P72612
OPERATING ACCOUNT
17600 NORTHLAND PARK CT STE 210
SOUTHFIELD, MI 48075
PH: 248-443-9030
FAX: 248-443-9031
74-347-724
DATE: 5-2013
PAY TO THE ORDER OF: Randy Nicoll
$ 176.03
One Hundred Seventy Six and 03/100 DOLLARS
Huntington
FOR: Fuel
NOT NEGOTIABLE

**Check 1203**
WE FIGHT THE LAW, PLLC P72612
OPERATING ACCOUNT
17600 NORTHLAND PARK CT STE 210
SOUTHFIELD, MI 48075
PH: 248-443-9030
FAX: 248-443-9031
74-347-724
DATE: 5-2013
PAY TO THE ORDER OF: Mualen Said
$ 246.03
Two Hundred Forty Six and 03/100 DOLLARS
Huntington
FOR: Fuel
NOT NEGOTIABLE

**Check 1204**
WE FIGHT THE LAW, PLLC P72612
OPERATING ACCOUNT
17600 NORTHLAND PARK CT STE 210
SOUTHFIELD, MI 48075
PH: 248-443-9030
FAX: 248-443-9031
74-347-724
DATE: 5-21-13
PAY TO THE ORDER OF: Scotty Husbeck
$ 175.37
One Hundred Seventy Five Dollars + 37/100 DOLLARS
Huntington
FOR: Fuel
NOT NEGOTIABLE