UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT MILTON SALEWSKY,

      Plaintiffs,                         No. 2:11-CV-00281

v                                  HON. R. ALLAN EDGAR

TROOPER DANIEL BARTELL,

      Defendants.

_____

| | |
|---|---|
| Racine Michelle Miller (P72612) | John G. Fedynsky (P65232) |
| Attorney for Plaintiff | Attorney for Defendants |
| 17600 Northland Park Court | Assistant Attorney General |
| Southfield, MI 48075 | PO Box 30736 |
| (248) 443-9030 | Lansing, MI 48909 |
| | (517) 373-6434 |

_____/

### **STIPULATED ORDER VACATING JUDGMENT AND DISMISSING CASE**

      This matter is before the court on the stipulation of the Plaintiff and the Defendant to vacate the judgment, withdraw the bill of costs, and to dismiss the case.  In accordance with the settlement agreement of the parties:

      IT IS ORDERED that the May 21, 2013, Final Judgment after Jury Trial (Dkt #63) is VACATED.

      IT IS FURTHER ORDERED that the May 30, 2013 Plaintiff's Proposed Bill of Costs (Dkt #64) is WITHDRAWN.

      IT IS FURTHER ORDERED that this action is DISMISSED with prejudice.

It is so ORDERED. This is a final order and it closes the case.  The court

retains jurisdiction solely for the purpose of enforcing the settlement agreement.


Dated: June __, 2013                            _____
                                                R. ALLAN EDGAR
                                                United States District Judge


Approved as to form and content:

        */s/Racine Miller* (w/consent)                  */s/John Fedynsky*
        Attorney for Plaintiff                          Attorney for Defendants

Dated: June 10, 2013